UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



11/21/23

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>    *Interpleader Plaintiff,*<br>v.<br><br>CHERYL MEHRKAR and STACY N. PREVITE, as personal representative of THE ESTATE OF ANTHONY LOUIS PREVITE,<br><br>    *Interpleader Defendants.* | [PROPOSED] ORDER GRANTING PROTECTIVE LIFE INSURANCE COMPANY'S LETTER MOTION AND FOR DISBURSEMENT OF FUNDS TO THE ESTATE OF ANTHONLY LOUIS PREVITE<br><br>Case No. 7:22-cv-10275-VB |

   After considering Interpleader Plaintiff Protective Life Insurance Company's ("Protective") Letter Motion (Doc. #40), ~~and for good cause shown~~ and concluding interpleader relief is proper and Protective is entitled to be discharged from liability, it is hereby ORDERED as follows:

   1. Protective is fully discharged from any and all liability to Interpleader Defendant Cheryl Mehrkar ("Mehrkar") with respect to, affecting, or in any way arising out of Policy No. G1536272 (the "Policy") and/or the Policy's death benefit.

   2. Mehrkar, and anyone acting on her behalf, shall be permanently enjoined from instituting or prosecuting any other proceeding, arbitration, or lawsuit against Protective or any of Protective's parent companies, related companies, affiliates, agents, administrators, predecessors, successors, or assigns (including, but not limited to, Voya Retirement Insurance and Annuity Company f/k/a Aetna Life Insurance and Annuity Company) with respect to the Policy, the Policy death benefit, and/or any and all claims that were or could have been raised in this interpleader lawsuit.

3. As set forth in the Court's Opinion and Order dated October 31, 2023 (ECF #38), the Estate of Anthony Louis Previte (the "Estate") is entitled to the Policy death benefit, and therefore, the Clerk of Court is hereby directed to disburse the $54,902.00 on deposit in the Disputed Ownership Fund in the Court Registry Investment System to the Estate care of the Estate's counsel, Johanna Frances Sandolo, Esq., LACHTMAN COHEN PC, 245 Main Street, Suite 230, White Plains, New York 10601.

4. Upon the disbursement of the $54,902.00 to the Estate as specified in paragraph 3 of this Order, this lawsuit shall be dismissed with prejudice, with the parties to bear their respective fees and costs.

Dated: November 21, 2023
White Plains, New York

SO ORDERED:

_____
Hon. Vincent L. Briccetti
United States District Judge