UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PROTECTIVE LIFE INSURANCE
COMPANY,
                Interpleader Plaintiff,

v.                              **ORDER**

CHERYL MEHRKAR; and STACY N.      22 CV 10275 (VB)
PREVITE, as Personal Representative of the
Estate of Anthony Louis Previte,
                Interpleader Defendants.
--------------------------------------------------------------x

       By Opinion and Order dated October 31, 2023, the Court concluded interpleader relief in this matter is proper and the Estate of Anthony Louis Previte (the "Estate") is entitled to the proceeds of the life insurance policy in dispute (the "Policy"). Accordingly, the Court entered summary judgment for interpleader defendant Stacy N. Previte, as personal representative of the Estate. (Doc. #38).

       Further, by Corrected Order dated November 27, 2023, the Court: (i) discharged Protective from liability to interpleader defendant Cheryl Mehrkar arising from the Policy, (ii) permanently enjoined Mehrkar from bringing any claims against Protective related to the Policy or that could have been raised in the instant case, and (iii) directed the Clerk to disburse to the Estate the Policy proceeds, plus any accrued interest, on deposit with the Disputed Ownership Fund of the Court Registry Investment System. (Doc. #43).

       The November 27, 2023, Corrected Order also provided that, upon disbursement of the funds, this case would be dismissed with prejudice.

       The docket now reflects the funds on deposit have been disbursed and paid to the Estate, through counsel.

       Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

       The Clerk is instructed to close the case.

Dated: January 8, 2024
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge